UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-03037-MRA (JCx) | Date | August 19, 2024 |
|---|---|---|---|
| Title | Rebecca Ryhal v. L. and R. Distributors Inc. et al | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF RESPONSE TO FIRST AMENDED COMPLAINT

The Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing on or before **August 22, 2024**, why this case should not be dismissed for lack of prosecution. The Court defers consideration of the parties' Joint Stipulation, filed August 15, 2024, ECF 21, until such cause is shown.

The case was removed to federal court on April 16, 2024. ECF 1. On May 21, 2024, Defendant moved to dismiss Plaintiff's Complaint. ECF 11. On June 11, 2024, Plaintiff filed her First Amended Complaint ("FAC"), ECF 14, thereby mooting Defendant's Motion to Dismiss, ECF 16. Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, a response from Defendant was due on **July 2, 2024**, 21 days after service of the complaint. Defendant has so far failed to respond to the FAC, and no request for an extension of time to respond has been filed. Plaintiff has also not sought an entry of default due to Defendant's failure to respond.

Nevertheless, on August 15, 2024, the parties jointly filed a Stipulation to Continue Briefing and Hearing on Plaintiff's Motion for Class Certification. ECF 21. The parties explain that, on July 29, 2024, a separate class action captioned *Evans v. L. & R. Distributors, Inc.* (the "Evans Class Action") was filed in this Court, after Defendant removed it from Santa Clara County Superior Court. ECF 21 at 2. Because the parties anticipate that one of the parties in the Evans Class Action will file a motion to consolidate and/or coordinate the Evans Class Action with this case, the parties seek to continue the class certification-related deadlines in this case, to avoid unnecessary and/or duplicative discovery efforts. *Id.* at 3. The Motion for Class Certification filing deadline is currently set for October 25, 2024, and the Motion for Class Certification hearing deadline for January 9, 2025. *Id.*; ECF 19.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds this matter appropriate for submission without oral argument. Therefore, the Order to Show Cause will stand submitted upon the filing of an appropriate response.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | gga | |